John P. Campo (JC-5241)
Terence D. Watson (TW-0288)

DREIER LLP
499 Park Avenue
New York, New York 10022
Tel.:  (212) 328-6100
Fax:   (212) 328-6101

*Attorneys for Appellee, John S. Pereira,*
*Chapter 11 Trustee of 121 West 122nd Street Corp.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
In re                                             :  Chapter 11
                                                  :
MAYWOOD CAPITAL CORP., et al.,                    :  Case No. 05-10987 (RDD)
                                                  :
                                   Debtors.       :  (Jointly Administered)
                                                  :  Case Nos. 04-17047, 05-10944 to 05-
                                                  :  10987, 05-11521 and 05-11523 (RDD)
------------------------------------------------- x
JOHN S. PEREIRA, as Chapter 11 Trustee of         :
121 WEST 122ND STREET CORP.,                      :
                                                  :
                                   Plaintiff,     :
                                                  :
  vs.                                             :
                                                  :
HARRIET E. BEST,                                  :  Adversary Proceeding No.
                                                  :  05-02577 (RDD)
                                   Defendant.     :
------------------------------------------------- x

**APPELLEE'S DESIGNATION**
**OF ADDITIONAL ITEMS TO BE**
**INCLUDED IN THE RECORD ON APPEAL**

Appellee, John S. Pereira, Chapter 11 Trustee of 121 West 122nd Street Corp. (the "Trustee" or "Appellee"), pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby submits the following additional items to be included in the record on appeal herein, in connection with Appellant's appeal of the

{00333340.DOC;2}

January 28, 2008 Order and Judgment In Favor of the Trustee and against Appellant Harriet E. Best (the "Order and Judgment").

## ADDITIONAL DESIGNATION OF RECORD ON APPEAL

| Item No.[1] | Description of Pleading |
|---|---|
| Joint Trial Exhibit No. 1 | Recording and Endorsement relative to Notice of Order Approving the Appointment of Chapter 11 Trustee, dated May 2, 2005. |
| Joint Trial Exhibit No. 2 | Title Report for property located at 121 W 122nd Street, New York, New York as of April 1, 2005 |
| Joint Trial Exhibit No. 3 | Real Property transfer Report form RP-5217 NYC filed by Harriett E. Best |
| Joint Trial Exhibit No. 7 | Notice To Attorn, concerning property located at 121 W 122nd Street, New York, New York, dated June 2, 2005, together with affidavit of service |
| Joint Trial Exhibit No. 8 | Recording and Endorsement relative to Cover Page Deed from 121 West 122nd Street Realty Corp. to Harriett E. Best |
| Joint Trial Exhibit No. 15 | New York City Department of Finance Automated City Register System user instructions for creation of Recording Cover Pages |

In accordance with Bankruptcy Rule 8006, Appellee has provided (or will provide, as applicable) copies of the items designated herein to the Clerk of the Bankruptcy Court.

Objection to Appellant's Designation of Contents of Record on Appeal

The Trustee objects to Appellant's inclusion, in her "Designation of Contents of Record," dated February 19, 2008 ("Appellant's Designation"), of the transcript of the deposition of John S. Pereira (item number 28) (the "Transcript") on the ground that the Transcript was neither part of the evidentiary record of the underlying trial, nor part of

---

[1] The items designated were submitted as Joint Exhibits at the trial.

2                                                                 {00333340.DOC;2}

the docket of the underlying adversary proceeding. As a result, the Transcript could not have been considered by the Honorable Robert D. Drain, USBJ in rendering the Order and Judgment.

WHEREFORE, Appellee respectfully requests that the Clerk of the Bankruptcy Court transmit this Additional Designation and the Record on Appeal to the Clerk of the United States District Court, District of New York.

Date: New York, New York
February 29, 2008

DREIER LLP

By: _____s/John P. Campo_____
John P. Campo (JC-5241)
Terence D. Watson (TW-0288)

499 Park Avenue
New York, NY 10022
Tel: 212-328-61000

*Attorneys for John S. Pereira, Chapter 11
Trustee of 121 West 122nd Street Corp.*