**MEMO ENDORSED**

**CLOVER M. BARRETT, P.C.**
*Attorneys & Counselors at Law*

189 Montague Street
Suite 501
Brooklyn, New York 11201
Tel: (718) 625-8568
Fax: (718) 625-6646

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

RECEIVED
APR

April 25, 2008

The Honorable Lewis Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

In re Maywood Capital Inc., U.S. Bankr., SDNY-case No.05-10987
ADV. John S. Pereira, Trustee, v. Harriett E. Best-Case No. 05-02577

08CIV2961(LAK)

Dear Judge Kaplan:

I am Clover M. Barrett, the attorney of record for Harriett Best in the referenced appeal.

By this letter I am requesting an extension of time until May 15, 2008 to provide a briefing schedule in this appeal.

Unfortunately, due to certain financial difficulties that my client is experiencing, there is a possibility that I will be making a motion to withdraw as counsel. It is expected that this issue with my client will be resolved within the next two weeks.

Respectfully Submitted
Clover M. Barrett, Esq.

cc: John Campo, Esq.

*Appellants brief shall be filed by June 1, 2008 absent further order.*

SO ORDERED

LEWIS A. KAPLAN, USDJ  4/29/08