UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

MAYWOOD CAPITAL , INC.,

                  Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HARRIETTE E. BEST,

                  Appellant,

       -against-

JOHN S. PEREIRA,

                  Appellee.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 2961 (LAK)

(Adv. Proc. No.
05-2577 (RDD))

(Chapter 11 Case
No. 05-10987 (RDD))

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      This appeal is dismissed on the ground that appellant has failed to file a brief notwithstanding that it was due on June 1, 2008.

      SO ORDERED.

Dated:      July 30, 2008

                                 Lewis A. Kaplan
                         United States District Judge